NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT


DARRYL SCHNEIDER,                )
                                 )
          Appellant,             )
                                 )
v.                               )          Case No. 2D18-694
                                 )
PEARLMAN & TETREAULT, P.A.,      )
                                 )
          Appellee.              )
_____  )

Opinion filed December 5, 2018.

Appeal from the Circuit Court for
Hillsborough County; Richard A. Nielsen,
Judge.

Darryl Schneider, pro se.

Lee M. Pearlman of Denmon Pearlman, St.
Petersburg, for Appellee.



PER CURIAM.


          Affirmed.


KELLY, LUCAS, and SALARIO, JJ., Concur.